IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PATRICIA WILLIAMS                                                            PLAINTIFF

V.                                   4:23CV00127 JM

DOLGENCORP, LLC                                                              DEFENDANT

## ORDER

Plaintiff's motion to voluntarily dismiss is GRANTED. (Docket #10). The case is dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 24th day of March, 2023.

_____
James M. Moody Jr.
United States District Judge